**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

Meriam Ratner

Plaintiff

V.

OvaScience, Inc. et al

Defendant

CIVIL ACTION

NO. 14cv12412-WGY

## ORDER OF DISMISSAL

YOUNG DJ,

In accordance with the Court's Memorandum and Order dated September 28, 2015 granting defendant's motion to dismiss, it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

By the Court,

September 28, 2015

Date

/s/Matthew A. Paine

Deputy Clerk